UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY GAYLE LAMAY-BATTEESE,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY

    Defendant.
_____/

CIVIL NO.: 20-CV-11397
HON. ROBERT H. CLELAND

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the court on the parties' cross motions for summary judgment. The case was referred to United States Magistrate Judge Elizabeth Stafford pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1.  The magistrate judge issued her report on July 13, 2021 recommending that this court deny Defendant's Motion for Summary Judgment, [Dkt #14]  Grant  Plaintiff's Motion for Summary Judgment [Dkt #18] and remand the case to the Commissioner for further proceedings.  No objections have been filed pursuant to 28 U.S.C. §636(b)(1)(C); thus further appeal rights are waived.[1]

Accordingly, the court ADOPTS the recommended findings and conclusions of the Magistrate Judge.

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. See _Thomas v. Arn_, 474 U.S. 140,149 (1985).

## **ORDER**

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Defendant's Motion for Summary Judgment [Dkt #14] is **DENIED**, Plaintiff's Motion for Summary Judgment [Dkt #18] is **GRANTED** and this matter is **REMANDED** for further proceedings.

IT IS SO ORDERED.

      S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  August 20, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 20, 2021, by electronic and/or ordinary mail.

      S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522