IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY GAYLE LAMAY-BATTEESE,

        Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Civil No. 20-CV-11397

HON. ROBERT H. CLELAND

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in favor of Plaintiff, reversing the Commissioner's decision and remanding this case to the Social Security Administration for further administrative proceedings, pursuant to the Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: August 20, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 20, 2021, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (810) 292-6522